IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-329 WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. STORMY BOB GRIFFITH,

Defendants.

---

**INDICTMENT**
**21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1), (b)(1)(C)**
**18 U.S.C. § 922(g)(1)**

---

The Grand Jury charges:

**COUNT ONE**

From a time unknown but not later than July, 2016, through on or about October 4, 2016, in the State and District of Colorado, the defendant, STORMY BOB GRIFFITH, and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute, and possess with the intent to distribute, 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana and 50 or more marijuana plants, a schedule I controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

On or about October 4, 2016, in the State and District of Colorado, the defendant, STORMY BOB GRIFFITH, did knowingly and intentionally possess with the intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana and 50 or more marijuana plants, a schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT THREE**

From on or about September 27, 2016, through on or about October 4, 2016, in the State and District of Colorado, the defendant, STORMY BOB GRIFFITH, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Allegation

1. The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One through Two of this Indictment involving violations of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C), the defendant, STORMY BOB GRIFFITH, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to, a money judgment in the amount of proceeds obtained by the defendant.

3. Upon conviction of the violation alleged in Count Three of this Indictment involving violations of Title 18, United States Code, Section 922(g)(1), the defendant, STORMY BOB GRIFFITH, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

4. If any of the property described in paragraphs two through three above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

Ink signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

s/ *Garreth Winstead*

GARRETH WINSTEAD
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: garreth.winstead@usdoj.gov

DEFENDANT 1: STORMY BOB GRIFFITH

YEAR OF BIRTH: 1979

ADDRESS (CITY/STATE): Cedaredge, Colorado

COMPLAINT FILED? __ YES _X__ NO

OFFENSE(S):
**COUNT 1:** Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846
**COUNT 2:** Possession with Intent to Distribute, 21 U.S.C. § 841(a)(1), (b)(1)(C)
**COUNT 3:** Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE: Delta County, Colorado

PENALTY:
**COUNT 1:** NMT 20 years imprisonment, NMT $1,000,000.00 fine, or both; NLT 3 years supervised release; and $100.00 Special Assessment.
**COUNT 2:** NMT 20 years imprisonment, NMT $1,000,000.00 fine, or both; NLT 3 years supervised release; and $100.00 Special Assessment.
**COUNT 3:** NMT 10 years imprisonment, NMT $250,000.00 fine, or both; NMT 3 years supervised release; and $100.00 Special Assessment.

AGENT: Jason Greenfield, Special Agent, DEA

AUTHORIZED BY: Garreth Winstead, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

X five days or less over five days other

THE GOVERNMENT

X will seek detention in this case will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE: ____ Yes __X__ No