**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER
Presiding in Grand Junction, Colorado**

Courtroom Deputy: Patricia Glover          Date: May 1, 2017
Court Reporter:   Terri Lindblom

Criminal Action No. 16-cr-00329-MSK

*Parties*:                                 *Counsel Appearing*:

UNITED STATES OF AMERICA,                  Garreth Winstead
                                           Bryan Fields

Plaintiff,

v.

STORMY BOB GRIFFITH,                       Matthew Buck

         Defendant.

## COURTROOM MINUTES

HEARING:    Jury Trial Day One

**1:08 p.m.       Court in session**

Defendant present in custody.

Counsel present as listed above.  Special Agent Jason Greenfield is  seated at Government's table.

Preliminary matters from counsel addressed by the Court.

The Court addresses evidentiary issues with counsel.

1:18 p.m.       Jury panel present.

*Voir dire* begins.

**2:12 p.m.       Court in recess.
2:30 p.m.       Court in session.**

Voir dire continues.

Counsel exercise their peremptory challenges.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**4:08 p..m.**     **Court in recess**
**4:26  p.m.**    **Court in session**

4:30 p.m.        Jury excused until 1:00 p.m. tomorrow.

The Court addresses the Government's Motion to Disqualify **(Doc. #56)**

Argument.

The Court takes the matter under advisement.

Motion for reconsideration of the Government's Motion for Order **(Doc. #60)**

Argument.

The Government moves to restrict the exhibits attached to **Doc. #65.**

Argument.

**ORDER:**     Government's oral motion to restrict exhibits attached to **Doc. 65 is DENIED.**

Defendant orally moves for sequestration of witnesses.

**ORDER:**     Sequestration request is **GRANTED**. Notice will be posted on the courtroom doors.

**ORDER:**     Defendant is remanded to the care and custody of the United States Marshal Service.

**5:18 p.m.**    Court in recess.

**Total Time:   3 hours 34 minutes.**
**Trial continued**.