IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 16cr-00329- MSK                                                      Date  May 2, 2017

Case Title: United States v. Stormy Bob Griffith

## JOINT EXHIBIT LIST

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 101a | Greenfield/Chan | Tested sample 1 from Marijuana plants collected in shed. | | | | | |
| 101b | Greenfield/Chan | Tested sample 2 from Marijuana plants collected in shed. | | | | | |
| 101c | Greenfield/Chan | Tested sample 3 from Marijuana plants collected in shed. | | | | | |
| 101d | Greenfield/Chan | Tested sample 4 from Marijuana plants collected in shed. | | | | | |
| 101e | Greenfield/Chan | Tested sample 5 from Marijuana plants collected in shed. | | | | | |
| 101f | Greenfield/Chan | Tested sample 6 from Marijuana plants collected in shed. | | | | | |
| 101g | Greenfield/Chan | Tested sample 7 from Marijuana plants collected in shed. | | | | | |
| 101h | Greenfield/Chan | Tested sample 8 from Marijuana plants collected in shed. | | | | | |
| 101i | Greenfield/Chan | Tested sample 9 from Marijuana plants collected in shed. | | | | | |
| 101j | Greenfield/Chan | Tested sample 10 from Marijuana plants collected in shed. | | | | | |
| 101k | Chan | Lab results for Exhibit 1 a-j | | | | | |
| 101l | Chan | Photograph of thin layer chromatography test for Exhibit 1 a-j | | | | | |
| 101m | Chan | Work bench papers for Exhibit 1 a-j | | | | | |
| 102a | Greenfield/Chan | Tested sample 1 from marijuana plants collected in greenhouse. | | | | | |
| 102b | Greenfield/Chan | Tested sample 2 from marijuana plants collected in greenhouse. | | | | | |
| 102c | Greenfield/Chan | Tested sample 3 from marijuana plants collected in greenhouse. | | | | | |
| 102d | Greenfield/Chan | Tested sample 4 from marijuana plants collected in greenhouse. | | | | | |
| 102e | Greenfield/Chan | Tested sample 5 from marijuana plants collected in greenhouse. | | | | | |
| 102f | Greenfield/Chan | Tested sample 6 from marijuana plants collected in greenhouse. | | | | | |
| 102g | Greenfield/Chan | Tested sample 7 from marijuana plants collected in greenhouse. | | | | | |
| 102h | Greenfield/Chan | Tested sample 8 from marijuana plants collected in greenhouse. | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 102i | Greenfield/Chan | Tested sample 9 from marijuana plants collected in greenhouse. | | | | | |
| 102j | Greenfield/Chan | Tested sample 10 from marijuana plants collected in greenhouse. | | | | | |
| 102k | Chan | Lab Results for Exhibit 2 a-j | | | | | |
| 102l | Chan | Photograph of thin layer chromatography test for Exhibit 2 a-j | | | | | |
| 102m | Chan | Work bench papers for Exhibit 2 a-j | | | | | |
| 103a | Greenfield/Chan | Tested sample 1 from marijuana plants collected from field. | | | | | |
| 103b | Greenfield/Chan | Tested sample 2 from marijuana plants collected from field. | | | | | |
| 103c | Greenfield/Chan | Tested sample 3 from marijuana plants collected from field. | | | | | |
| 103d | Greenfield/Chan | Tested sample 4 from marijuana plants collected from field. | | | | | |
| 103e | Greenfield/Chan | Tested sample 5 from marijuana plants collected from field. | | | | | |
| 103f | Greenfield/Chan | Tested sample 6 from marijuana plants collected from field. | | | | | |
| 103g | Greenfield/Chan | Tested sample 7 from marijuana plants collected from field. | | | | | |
| 103h | Greenfield/Chan | Tested sample 8 from marijuana plants collected from field. | | | | | |
| 103i | Greenfield/Chan | Tested sample 9 from marijuana plants collected from field. | | | | | |
| 103j | Greenfield/Chan | Tested sample 10 from marijuana plants collected from field. | | | | | |
| 103k | Chan | Lab Results for Exhibit 3 a-j | | | | | |
| 103l | Chan | Photograph of thin layer chromatography test for Exhibit 3 a-j | | | | | |
| 103m | Chan | Work bench papers for Exhibit 3 a-j | | | | | |
| 104 | Greenfield | Dried and processed marijuana collected from garage. | | | | | |
| 104a | Greenfield/Chan | Tested sample 1 from marijuana collected from garage | | | | | |
| 104b | Greenfield/Chan | Tested sample 2 from marijuana collected from garage | | | | | |
| 104c | Greenfield/Chan | Tested sample 3 from marijuana collected from garage | | | | | |
| 104d | Greenfield/Chan | Tested sample 4 from marijuana collected from garage | | | | | |
| 104e | Greenfield/Chan | Tested sample 5 from marijuana collected from garage | | | | | |
| 104f | Greenfield/Chan | Tested sample 6 from marijuana collected from garage | | | | | |
| 104g | Greenfield/Chan | Tested sample 7 from marijuana collected from garage | | | | | |
| 104h | Greenfield/Chan | Tested sample 8 from marijuana collected from garage | | | | | |
| 104i | Greenfield/Chan | Tested sample 9 from marijuana collected from garage | | | | | |
| 104j | Greenfield/Chan | Tested sample 10 from marijuana collected from garage | | | | | |
| 104k | Chan | Lab Results for Exhibit 4 a-k | | | | | |
| 104l | Chan | Photograph of thin layer chromatography test for Exhibit 4 a-k | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 104m | Chan | Work bench papers for Exhibit 4 a-k | | | | | |
| 201 | Byrd | Ruger Pistol, Model Mark III | | | | | |
| 202 | Byrd | Mossberg Shotgun, Model 500 12 gauge | | | | | |
| 203 | Byrd | Norinco Rifle, Model SKS | | | | | |
| 204 | Byrd | Savage Rifle, Model 99C | | | | | |
| 205 | Byrd | Winchester Rifle, Model 72A | | | | | |
| 206 | Byrd | Marlin Rifle, Model 81 | | | | | |
| 207 | Byrd | Marlin Rifle, Model 60 | | | | | |
| 208 | Byrd | Henry Rifle, .22 caliber | | | | | |
| 209 | Byrd | Spencer Rifle, Model 1860 Carbine | | | | | |
| 210 | Byrd | Savage Rifle, Model 99 | | | | | |
| 211 | Byrd | Mossberg Shotgun, Model 500 20 gauge | | | | | |
| 212 | Byrd | Remington Rifle, .22 caliber | | | | | |
| 213 | Byrd | Winchester Rifle, Model 190 | | | | | |
| 214 | Byrd | Winchester Rifle, Model 62A | | | | | |
| 215 | Byrd | Rossi Shotgun, Model S20 | | | | | |
| 216 | Byrd | Colt Revolver | | | | | |
| 217 | Byrd | Colt Revolver, Model Frontier Scout | | | | | |
| 218 | Byrd | Savage Rifle, Model 73Y | | | | | |
| 219 | Byrd | Romarm/Cugir Rifle, Model GP WASR 10/63 | | | | | |
| 220 | Byrd | Winchester Rifle, Model 94 | | | | | |
| 221 | Byrd | Henry Rifle | | | | | |
| 222 | Byrd | Mossberg Shotgun, Model 500 12 gauge | | | | | |
| 223 | Byrd | Winchester Rifle, Model 64 | | | | | |
| 224 | Byrd | Winchester Rifle, Model 94 | | | | | |
| 225 | Byrd | Savage Rifle, Model Rascal | | | | | |
| 226 | Byrd | Smith and Wesson Revolver, Model M&P Bodyguard 38 | | | | | |
| 227 | Byrd | Glock Pistol, Model 33 | | | | | |
| 228 | Byrd | Winchester Rifle, Caliber 25-06 | | | | | |
| 229 | Byrd | Test fire targets | | | | | |
| 230 | Byrd | Evidence bag with boxes of ammunition from safe | | | | | |
| 231 | Byrd | Evidence bag with boxes of ammunition from bedroom | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 232 | Byrd | Evidence bag with loose ammunition | | | | | |
| 233 | Byrd | Evidence bag with ammunition magazines | | | | | |
| 234 | Byrd | Evidence bag with single magazine | | | | | |
| 301 | Fedler | Flyover photograph of property | | | | | |
| 302 | Fedler | Flyover photograph of property | | | | | |
| 303 | Fedler | Elevated photograph of property from search on 10/4/2017 | | | | | |
| 304 | Fedler | Elevated photograph of property from search on 10/4/2017 | | | | | |
| 305 | Greenfield | Demonstrative of property | | | | | |
| 306 | Swanson | Search Warrant Photograph | | | | | |
| 307 | Swanson | Search Warrant Photograph | | | | | |
| 308 | Swanson | Search Warrant Photograph | | | | | |
| 309 | Swanson | Search Warrant Photograph | | | | | |
| 310 | Swanson | Search Warrant Photograph | | | | | |
| 311 | Swanson | Search Warrant Photograph | | | | | |
| 312 | Swanson | Search Warrant Photograph | | | | | |
| 313 | Swanson | Search Warrant Photograph | | | | | |
| 314 | Swanson | Search Warrant Photograph | | | | | |
| 315 | Swanson | Search Warrant Photograph | | | | | |
| 316 | Swanson | Search Warrant Photograph | | | | | |
| 317 | Swanson | Search Warrant Photograph | | | | | |
| 318 | Swanson | Search Warrant Photograph | | | | | |
| 319 | Swanson | Search Warrant Photograph | | | | | |
| 320 | Swanson | Search Warrant Photograph | | | | | |
| 321 | Swanson | Search Warrant Photograph | | | | | |
| 322 | Swanson | Search Warrant Photograph | | | | | |
| 323 | Warth | Search Warrant Photograph | | | | | |
| 324 | Warth | Search Warrant Photograph | | | | | |
| 325 | Warth | Search Warrant Photograph | | | | | |
| 326 | Warth | Search Warrant Photograph | | | | | |
| 327 | Warth | Search Warrant Photograph | | | | | |
| 328 | Warth | Search Warrant Photograph | | | | | |
| 329 | Warth | Search Warrant Photograph | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 330 | Warth | Search Warrant Photograph | | | | | |
| 331 | Warth | Search Warrant Photograph | | | | | |
| 332 | Warth | Search Warrant Photograph | | | | | |
| 333 | Warth | Search Warrant Photograph | | | | | |
| 334 | Warth | Search Warrant Photograph | | | | | |
| 335 | Warth | Search Warrant Photograph | | | | | |
| 336 | Warth | Search Warrant Photograph | | | | | |
| 337a | Jeffrey | Search Warrant Video | | | | | |
| 337b | Jeffrey | Search Warrant Video | | | | | |
| 337c | Jeffrey | Search Warrant Video | | | | | |
| 337d | Jeffrey | Search Warrant Video | | | | | |
| 337e | Jeffrey | Search Warrant Video | | | | | |
| 337f | Jeffrey | Search Warrant Video | | | | | |
| 337g | Jeffrey | Search Warrant Video | | | | | |
| 337h | Jeffrey | Search Warrant Video | | | | | |
| 337i | Jeffrey | Search Warrant Video | | | | | |
| 338a | Romisch | Body cam video of encounter with Griffiths on 9/27/2016 | | | | | |
| 338b | Romisch | Body cam video of encounter with Griffiths on 9/27/2016 | | | | | |
| 338c | Romisch | Body cam video of encounter with Griffiths on 9/27/2016 | | | | | |
| 338d | Romsich | Body cam video of encounter with Griffiths on 9/27/2016 | | | | | |
| 338e | Romsich | Body cam video of encounter with Griffiths on 9/27/2016 | | | | | |
| 338f | Romsich | Body cam video of encounter with Griffiths on 9/27/2016 | | | | | |
| 339 | Romsich | Still frame from video | | | | | |
| 340 | Becker | Body cam video of call to residence on 10/2/2016 | | | | | |
| 341 | Becker | Still frame from video | | | | | |
| 401 | Greenfield | Certified property records | | | | | |
| 402 | Greenfield | Certified DMV records | | | | | |
| 403 | Greenfield | Certified Corporate Records | | | | | |
| 404 | Byrd | Stipulation | | | | | |
| 405 | Greenfield | Certified Property Records for 17177 Meadow Drive | | | | | |
| 501 | Stacy Griffith | Proffer agreement | | | | | |
| 502 | Stacy Griffith | Immunity Letter | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 503 | Stacy Griffith | Immunity Letter | | | | | |
| 1001 | Greenfield | Report written on 9/26/2016 | | | | | |
| 1002 | Greenfield | Report written on 10/4/2016 | | | | | |
| 1003 | Greenfield | Affidavit for Search Warrant | | | | | |
| 1004 | Romisch | Report written on 9/19/2016 | | | | | |
| 1005 | Romisch | Report written on 9/27/2016 | | | | | |
| 1006 | Romisch | Report written on 10/2/2016 | | | | | |
| 1007 | Becker | Report written on 10/2/2016 | | | | | |
| 1008 | Becker | Report written on 10/4/2016 | | | | | |
| 1009 | Becker | Booking report written on 10/4/2016 | | | | | |
| 1010 | Warth | Report written on 9/12/2016 | | | | | |
| 1011 | Warth | Reports written | | | | | |
| 1012 | Warth | Affidavit for Stacy Griffith | | | | | |
| 1013 | Warth | Affidavit for Stormy Griffith | | | | | |
| 1014 | Fedler | Report written on 9/7/2016 | | | | | |
| 1015 | Shea | Nexus Report | | | | | |
| 1016 | Byrd | Report Written on 10/4/2016 | | | | | |
| 1017 | Byrd | Report Written on 12/19/2016 | | | | | |
| 1018 | Greenfield | Drug Chain of Custodies | | | | | |
| | | | | | | | |
| A | | Stacy Griffith Physician Certification | | | | | |
| B | | Stormy Griffith Physician Certification | | | | | |
| C | | Stormy Griffith Application for Registration Card | | | | | |
| D | | Stacy Griffith Application for Registration Card | | | | | |
| E | | Stacy Griffith Medical Registration Card and Driver's License | | | | | |
| F | | Stormy Griffith Medical Registration Card and Driver's License | | | | | |
| G | | Brittany Logsdon Physician Certification | | | | | |
| H | | Eusevio Hernandez Application for Registration Card | | | | | |
| I | | Eusevio Hernandez Physician Certification | | | | | |
| J | | William Craig Sr. Application for Registration Card | | | | | |
| K | | William Craig Sr. Physician Certification | | | | | |
| L | | Benjamin Smith Physician Certification | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M | | Benjamin Smith Application for Registration Card | | | | | |
| N | | Benjamin Smith Physician Certification (Card) | | | | | |
| O | | Matthew Beckley Application for Registration Card | | | | | |
| P | | Matthew Beckley Physician Certification | | | | | |
| Q | | Damien Fourtner Application for Registration Card | | | | | |
| R | | Damien Fourtner Physician Certification | | | | | |
| S | | William Craig Jr. Application for Registration Card | | | | | |
| T | | William Craig Jr. Physician Certification | | | | | |
| U | | Randi Connell Physician Certification | | | | | |
| V | | Chason Connell Physician Certification | | | | | |
| W | | Trenton Trumbo Physician Certification | | | | | |
| X | | Jacob Hrabek Application for Registration Card | | | | | |
| Y | | Jacob Hrabek Physician Certification | | | | | |
| Z | | JoAllen Hardesty Application for Registration Card | | | | | |
| AA | | JoAllen Hardesty Physician Certification | | | | | |
| BB | | Stacy Griffith Application for Registration Card (Second) | | | | | |
| CC | | Stormy Griffith Application for Registration Card (Second) | | | | | |
| DD | | Stormy Griffith Caregiver certificate | | | | | |
| EE | | Benjamin Smith Application for Registration Card (Second) | | | | | |
| FF | | Eusevio Hernandez Application for Registration Card (Second) | | | | | |
| GG | | Eusevio Hernandez Physician Certification | | | | | |
| HH | | Matthew Beckley Application for Registration Card (Second) | | | | | |
| II | | Matthew Beckley Physician Certification (Second) | | | | | |
| JJ | | William Craig Jr. Application for Registration Card (Second) | | | | | |
| KK | | William Craig Jr. Physician Certification (Second) | | | | | |
| | | | | | | | |
| | | | | | | | |