IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 16-cr-00329-MSK                          Date May 2, 2017

Case Title: United States v. Stormy Bob Griffith

## GOVERNMENT WITNESS LIST

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| Lucas Fedler | 30 min |
| Jason Greenfield | 45 min |
| Scott Swanson | 25 min |
| Keith Chan | 60 min |
| James Jeffrey | 30 min |
| Benjamin Byrd | 90 min |
| Eric Romisch | 30 min |
| Stacy Griffith | 45 min |
| Tyler Becker | 30 min |
| Jason Warth | 25 min |
| Blake McClellan | 45 min |

## DEFENSE WITNESS LIST

| William Craig | 30 min |
|---|---|
| William Craig Jr. | 30 min |
| Eusevio Hernandez | 30 min |